UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY L. FORTNER,<br><br>        Plaintiff,<br><br>    v.<br><br>LAKE COUNTY JAIL, et al.,<br><br>        Defendants. | Case No. 25-cv-03950-HSG<br><br>**ORDER OF DISMISSAL** |

On May 7, 2025, Plaintiff filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Court informed Plaintiff that his *in forma pauperis* application was deficient because he had not submitted the proper form. Dkt. No. 3. The Court ordered Plaintiff to correct this deficiency by June 4, 2025, and sent Plaintiff a blank *in forma pauperis* application form. *Id*. The deadline has passed and Plaintiff has not filed the correct *in forma pauperis* application. Accordingly, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen, accompanied by a complete and correct *in forma pauperis* application, and explaining why Plaintiff failed to timely file an *in forma pauperis* application. Judgment is entered against Plaintiff and in favor of Defendants. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: 6/12/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge