United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDY L. FORTNER,

Plaintiff,

v.

LAKE COUNTY JAIL, et al.,

Defendants.

Case No. 25-cv-03950-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    6/12/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge